UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL FURTADO**, <br> Plaintiff, <br> v. <br> **UNITED RENTALS INC., ET AL.**, <br> Defendants. | Case No. 14-cv-04258-YGR <br><br> **ORDER TO SHOW CAUSE RE COMPLIANCE WITH EMPLOYMENT PROTOCOL; CONTINUING CASE MANAGEMENT CONFERENCE** |

On December 8, 2014, the parties to the instant action filed their joint case management conference statement. (Dkt. No. 17.) Having reviewed the representations therein, plaintiff is hereby **ORDERED TO SHOW CAUSE** why she should not be sanctioned for failure to comply with the Court's Standing Order for Certain Employment Cases.

A hearing on this Order to Show Cause will be held on **Friday, December 19, 2014** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **December 15, 2014**, plaintiff must file either (1) statement that she has read and is complying with the requirements of the Standing Order; or (2) a written response to this Order to Show Cause why she should not be sanctioned for her failure to comply. If the Court is satisfied with the response, plaintiff need not appear and the hearing will be taken off calendar. Otherwise, lead trial counsel for plaintiff must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a statement, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

1    The Case Management Conference set for December 22, 2014 is **CONTINUED** to **January 26, 2015**.

**IT IS SO ORDERED.**

Dated: December 11, 2014

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT**

2