UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROL FURTADO**, <br> Plaintiff, <br> v. <br> **UNITED RENTALS INC., ET AL.**, <br> Defendants. | Case No. 14-cv-04258-YGR <br><br> **ORDER TO SHOW CAUSE RE SANCTIONS** |

On January 26, 2015, the Court held a case management conference in the above-captioned case. Plaintiff's counsel did not appear. In addition, plaintiff's counsel did not file the required joint case management statement, and has to this point allegedly failed to comply with this Court's protocol governing employment cases despite an earlier order to show cause relating to the same. (Dkt. No. 19.)

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why sanctions, including potentially terminating sanctions, should not issue. A hearing on this Order to Show Cause shall be held on **February 13, 2015** on the Court's 9:01 a.m. calendar, in the United States Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. **Five days prior** to the hearing, counsel for plaintiff shall provide a **WRITTEN STATEMENT** setting forth either (1) the basis for his failure to appear at the January 26, 2015 case management conference, his failure to file the required case management statement jointly, and his failure to comply with the protocol for employment cases; or (2) an explanation for his failure to comply. Failure of plaintiff's counsel to appear for the February 13, 2015 hearing may justify the imposition of terminating sanctions.

Within five days of issuance of this Order, defendant's counsel shall file a declaration setting forth the monetary amount expended in terms of attorney time and resources relative to the January 26, 2015 case management conference, and the monetary amount expended relative to

communicating with plaintiff's counsel regarding the employment protocol.  The Court shall consider this declaration as part of the hearing on this Order to Show Cause, and whether plaintiff should reimburse defendant for the same.

**IT IS SO ORDERED.**

Dated: January 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**