Joan Herrington, SBN 178988
Bay Area Employment Law Office
5032 Woodminster Lane
Oakland, CA 94602-2614
(510) 530-4303 phone
(510) 530-4725 fax
jh@baelo.com

Attorney for Plaintiff
CAROL FURTADO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CAROL FURTADO,<br><br>        PLAINTIFF,<br>   v.<br><br>UNITED RENTALS, INC., a Delaware Corporation; RSC EQUIPMENT RENTALS, INC., an Arizona Corporation; severally and as joint employers; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  C14-04258-YGR<br><br>**[PROPOSED] CONSENT ORDER ON REQUEST FOR SUBSTITUTION OF PLAINTIFF'S COUNSEL.**<br><br>COMPLAINT FILED:   Feb. 10, 2014<br>TRIAL DATE:           TBA |

The request for substitution of Plaintiff's attorney of Joan Herrington in place and stead of John Fennacy is hereby approved and so ORDERED.

Dated: March __25____, 2015

By: _____
Judge of the United States District Court

- 1 -