UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROL FURTADO,

    Plaintiff,

    v.

UNITED RENTALS INC., et al.,

    Defendants.

Case No. 14-cv-04258-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | August 21, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: April 1, 2016<br>Rebuttal: April 22, 2016 |
| EXPERT DISCOVERY CUTOFF: | May 13, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE FILED BY: | September 15, 2015 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, August 5, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 12, 2016 |
| PRETRIAL CONFERENCE: | Friday, August 26, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, ** September 26, 2016 at 8:30 a.m. for 5 days<br>(Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, August 5, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: July 10, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge