IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

8/14/2015

GREGORY G. ISKANDER, Bar No. 200215
ALEXA L. WOERNER, Bar No. 267609
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone:   925.932.2468
Facsimile:   925.946.9809
giskander@littler.com
awoerner@littler.com

Attorneys for Defendants
UNITED RENTALS, INC. and RSC EQUIPMENT RENTALS, INC.

JOAN HERRINGTON, Bar No. 178988
BAY AREA EMPLOYMENT LAW OFFICE
5032 Woodminster Lane
Oakland, CA 94602.2614
Telephone:   510.530.4303
Facsimile:   510.530.4725
cela@baelo.com

Attorneys for Plaintiff
CAROL FURTADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROL FURTADO,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED RENTALS, INC., a Delaware Corporation; RSC EQUIPMENT RENTALS, INC., an Arizona corporation; severally and as joint employers; and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No. C14-04258-YGR<br><br>STIPULATION REGARDING DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT |

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. C14-04258-YGR)   0.   STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT

Plaintiff CAROL FURTADO ("Plaintiff") and Defendants UNITED RENTALS, INC. and RSC EQUIPMENT RENTALS, INC. ("Defendants"), hereby stipulate and agree as follows:

1. Defendant United Rentals, Inc.'s answer to Plaintiff's original complaint, which Defendant United Rentals, Inc. filed on October 2, 2014 (Docket No. 13), shall be deemed responsive to Plaintiff's second amended complaint, and shall constitute a responsive pleading on behalf of both United Rentals, Inc. and RSC Equipment Rentals, Inc.

2. Defendants will be deemed to have denied any and all new material allegations alleged in the second amended complaint that were not alleged in Plaintiff's original complaint.

**IT IS SO STIPULATED.**

Dated: August 13, 2015

/S/ Alexa L. Woerner
Gregory G. Iskander
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UNITED RENTALS, INC. AND RSC RENTALS, INC.

Dated: August 13, 2015

/S/ Joan Herrington
Joan Herrington
Bay Area Employment Law Office
Attorneys for Plaintiff
CAROL FURTADO

I, the filer of this document, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 13, 2015

/S/ Alexa L. Woerner
Gregory G. Iskander
Alexa L. Woerner
LITTLER MENDELSON, P.C.
Attorneys for Defendants
UNITED RENTALS, INC. AND RSC RENTALS, INC.

Firmwide:135308221.1 028767.1108

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. C14-04258-YGR)   1.   STIPULATION REGARDING RESPONSE TO SECOND AMENDED COMPLAINT