IT IS SO ORDERED

*Judge Yvonne Gonzalez Rogers*

Joan Herrington, SBN 178988
Bay Area Employment Law Office
5032 Woodminster Lane
Oakland, CA 94602-2614
(510) 530-4303 phone
(510) 530-4725 fax

jh@baelo.com

Steven L. Derby, SBN 148372
Derby Law Firm
1255 Treat Blvd, Suite 300
Walnut Creek, CA 94597
(925) 472-6640 phone
(925) 472-6643 fax

derbylaw@att.net

Attorneys for Plaintiff
CAROL FURTADO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CAROL FURTADO,<br><br>            PLAINTIFF,<br>     v.<br><br>UNITED RENTALS, INC., a Delaware Corporation; RSC EQUIPMENT RENTALS, INC., an Arizona Corporation; severally and as joint employers; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 14-cv-04258-YGR<br><br>**PLAINTIFF'S RESPONSE TO OBJECTIONS TO UNTIMELY MOTION FOR PARTIAL SUMMARY JUDGMENT.**<br><br>Date: November 17, 2015<br>Time: 2:00 p.m.<br>Place: Courtroom 1, 4th Floor<br><br>COMPLAINT FILED:   Feb. 10, 2014<br>TRIAL DATE:              Sept. 26, 2016. |

Plaintiff's motion for partial summary judgment was due to be filed by midnight on Friday, September 25, 2015. Plaintiff filed her motion at 1:25 a.m. on Monday, September 28, 2015.

The motion was filed late because Plaintiff's counsel fell and sustained a concussion, diagnosed on September 21, 2015. As a result, Plaintiff's counsel had difficulty with fatigue, concentration, and limited vision (black, swollen left eye and double vision in the right eye). Defense counsel Alexa

1  Woerner can corroborate Plaintiff's goose-egg and black eye, because they were embarrassingly obvious
2  when Plaintiff's counsel defended Plaintiff's deposition on September 18, 2015.  Despite her injuries,
3  Plaintiff's counsel still thought she could meet the September 25, 2015 filing deadline.  She did not take
4  into account the effect of her injuries on her ability to do quality work.
5      Plaintiff's counsel emailed defense counsel with a proposed stipulation designed to impose an
6  appropriate sanction on Plaintiff and to avoid prejudice to both defendants and the court.  Instead of
7  striking the late filed pleading, which would cause extreme prejudice to Plaintiff, she proposed a
8  modification of the briefing schedule to deduct two (or three) days from Plaintiff's time and use it to
9  enlarge Defendants' time.  Accordingly, the motion schedule would be modified as follows:
10     Defendants' Opposition to Motion and Cross-Motion for Summary Judgment deadline changed
11 from 10/9/15 to 10/12/15.
12     Plaintiff's Reply and Opposition to Cross-Motion deadline changed from 10/23/15 to 10/20/15.
13     Defendants' Reply in support of Cross-Motion remains the same at 10/30/15.
14     Hearing on Motions remains the same at 11/17/15 at 2:00 p.m.
15     Plaintiff believes that Defendants will be unable to raise issues of material fact in opposition to
16 her motion for partial summary judgment.  If the Court allows Plaintiff's motion for partial summary
17 judgment to stand, all the parties and the Court will ultimately benefit through the significant narrowing
18 of the issues for trial, pursuant to either Federal Rules of Civil Procedure 56(a) or (56f).  Accordingly,
19 the Court will be able to conduct trial more efficiently, and the parties will save time, money and effort
20 by focusing on the few remaining issues or perhaps the matter can be settled.
21
22 Date:  September 30, 2015.
                                By:  _____/S/_____
23                                    Joan Herrington
                                     Attorney for Plaintiff
24
25               **~~PROPOSED~~ ORDER**
26     Good cause appearing, the briefing schedule on the parties' cross-motions for summary
27 judgment is modified as follows:
28     Defendants' Opposition to Motion and Cross-Motion for Summary Judgment deadline changed

from 10/9/15 to 10/12/15.

Plaintiff's Reply and Opposition to Cross-Motion deadline changed from 10/23/15 to 10/20/15.

Defendants' Reply in support of Cross-Motion remains the same at 10/30/15.

Hearing on Motions remains the same at 11/17/15 at 2:00 p.m.

DATED: October 2, 2015

_____
United States District Judge